UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Hirji,

                              Plaintiff,

      -against –

**O R D E R**

7:21-CV-00920 (CS)

Nigido,

                            Defendant.
------------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: August 18, 2022
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.